CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
APR 27 2011
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICAHEL STEPHEN PARKER, | ) | CASE NO. 7:11CV00129 |
| Plaintiff, | ) | |
| | ) | MEMORANDUM OPINION |
| vs. | ) | |
| CHRISTINA AMOS, ET AL., | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |
| Defendant(s). | ) | |

Michael Stephen Parker, a Virginia inmate proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 alleging that defendants have failed to provide him with appropriate medical care. However, Parker alleges that defendants Ryder and Grimes merely denied him grievance forms. These allegations fail to state any § 1983 claim against these defendants because inmates do not have a constitutionally protected right to a grievance procedure. Adams v. Rice, 40 F.3d 72, 75 (4th Cir. 1994). Also, Parker does not allege any facts against defendant Aylor. Therefore, the court dismisses Parker's claims against Aylor, Ryder, and Grimes without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim. Accordingly, the only remaining defendants to this action are Christina Amos and Frank Dyer.

ENTER: This 27th day of April, 2011.

/s/ Samuel G. Wilson
United States District Judge