IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **MICHAEL STEPHON PARKER,** | ) | Civil Action No. 7:11-cv-00129 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **CHRISTINA AMOS, et al.,** | ) | By: Hon. Michael F. Urbanski |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that the defendants' motion to dismiss is **GRANTED**; plaintiff's complaint is **DISMISSED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to plaintiff and counsel of record for the defendants.

Entered: August 15, 2011

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge